September 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER DAVID BICKERSTAFF, Appellant

NO. 14-12-00734-CR                              V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.